UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| In Re: APPLICATION FOR | : | 3:23MJ423 (TOF) |
|  | : |  |
| SEARCH WARRANT | : |  |
|  | : |  |

AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, KYLE C. LOPRIORE, being duly sworn, depose and state as follows:

I. **INTRODUCTION**

1. I have been a United States Postal Inspection Service (hereinafter "USPIS") Task Force Officer since February 2021. I am assigned to the Boston Division, working out of Hartford, Connecticut. I am presently a duly sworn police officer for the Groton Police Department for the last 13 years. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846 and violations of the State of Connecticut General Statutes for distribution of illegal narcotics. I have been the affiant on several search warrant applications which have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

2. I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF currently consists of seven Postal Inspectors, detectives from the Hartford, New Britain,

Meriden, and Groton Police Departments, and a Special Agent from the USPS Office of Inspector General.

3. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

4. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

5. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

6. Because this affidavit is being submitted for the limited purposes of securing search warrants, I have not included each and every fact known to me concerning this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

II.     **SUBJECT PARCEL**

7.      Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail Express parcel displaying USPS Tracking Number 9505510271513119292905, addressed to "Leslie A. Vazquez lizado, Calle 77 Bloque 144 #48 Carolina P.R. 00985" and bearing a return address of "Miranda Vazquez, 75 Pleasant St, Waterbury, CT 06706" ("SUBJECT PARCEL"), contains evidence of the unlawful possession of controlled substances.



8.      On or about April 29th, 2023, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance. The SUBJECT PARCEL weighs approximately 4lbs. and 8oz. and bears $22.80 in postage.

9.      A review of database records indicates that the delivery address on the SUBJECT PARCEL "Calle 77 Bloque 144 #48 Carolina P.R. 00985" is an actual address. A review of CLEAR which has proven reliable in previous investigations, returned a negative result for a "Leslie A. Vazquez lizado" associated with the delivery address. A review of database records shows that the return address on the SUBJECT PARCEL, "75 Pleasant St, Waterbury, CT 06706" is an actual address. A review of CLEAR, which again has proven reliable in previous

3

investigations, did not return any results for "Miranda Vazquez" associated with "75 Pleasant St, Waterbury, CT 06706".

10. On May 2nd, 2023 the SUBJECT PARCEL was examined by a trained narcotics detection canine. The canine is a five (5) year-old all black German Shepherd named Riggs. Riggs is assigned to Officer Mark Martocci of the Plainville, CT Police Department. Riggs was first certified in March of 2020 and was last recertified in May of 2022. Riggs is certified in the detection of cocaine, crack cocaine, heroin, and methamphetamines. Riggs receives bi-weekly in-service training sessions in the detection of narcotics. Officer Martocci and Riggs also train daily on all of the odors that Riggs is trained to detect.

11. The SUBJECT PARCEL was placed among four other similarly sized parcels prior to the canine handler arriving. Upon examination of the parcels, the canine handler informed me that the canine alerted to the SUBJECT PARCEL. The handler and canine left the area. The parcels, including the SUBJECT PARCEL were rearranged in different positions on the floor. The handler and canine were called in again. The canine handler informed me that the canine alerted to the SUBJECT PARCEL once again.

12. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL, is evidence of a controlled substance offense, in violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. The SUBJECT PARCEL is presently in the custody of the U.S. Postal Inspection Service located at the 141 Weston Street, Hartford, CT 06101.

**III.   CONCLUSION**

13. WHEREFORE, I respectfully request that a search warrant be issued to search the

SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Kyle LoPriore
Digitally signed by Kyle LoPriore
Date: 2023.05.03 08:55:40 -04'00'

KYLE C. LOPRIORE
USPIS TASK FORCE OFFICER

Subscribed and sworn to before me by telephone this __4__ day of May, 2023.

Date: 2023.05.04 09:30:54 -04'00'

HONORABLE THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE

5

## ATTACHMENT A

### Property to Be Searched

Priority Mail parcel bearing USPS Tracking Number 9505510271513119292905, addressed to "Leslie A. Vazquez lizado, Calle 77 Bloque 144 #48 Carolina P.R. 00985" and presently in the custody of the United States Postal Inspection Service at 141 Weston Street in Hartford, CT 06101.



## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.